DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLEMAN SULE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1095

[November 9, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case Nos. 562003CF003352A and 562004CF001568A.

Coleman Sule, Zephyrhills, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***